IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **LEROY STORIE,**<br><br>                                              Petitioner,<br><br>       v.<br><br>**M. KRAMER, Warden,**<br><br>                                              Respondent. | 1:06-cv-01796-AWI-TAG (HC)<br><br>**ORDER GRANTING RESPONDENT'S MOTION FOR EXTENSION OF TIME TO FILE REPLY TO PETITIONER'S OPPOSITION TO MOTION TO DISMISS**<br>(Doc. 24)<br><br>DEADLINE TO FILE REPLY:<br>June 19, 2008 |

   Respondent has requested a thirty (30) day extension of time (Doc. 24) in which to file Respondent's reply to Petitioner's opposition to motion to dismiss.

   GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including June 19, 2008 to file a reply to Petitioner's opposition to motion to dismiss.

IT IS SO ORDERED.

Dated:   **May 19, 2008**                                                    /s/ Theresa A. Goldner
                                                                         UNITED STATES MAGISTRATE JUDGE