IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LEROY STORIE,<br><br>　　　　　　　　　　Petitioner,<br><br>　　v.<br><br>M. KRAMER, Warden,<br><br>　　　　　　　　　　Respondent. | 1:06-cv-01796-AWI-TAG (HC)<br><br>ORDER GRANTING IN PART AND DENYING IN PART RESPONDENT'S APPLICATION FOR A SECOND EXTENSION OF TIME TO FILE REPLY<br>(Doc. 26) |

　　　Respondent has requested a thirty (30) day extension of time in which to file a reply to Petitioner's opposition to Respondent's motion to dismiss. (Doc. 26).

　　　On April 14, 2008, Respondent filed a motion to dismiss. (Doc. 20). On May 9, 2008, Petitioner filed his opposition to the motion. (Doc. 23). Respondent's reply was due on May 21, 2008. On May 19, 2008, Respondent filed an application for a 30-day extension of time, on the ground that Respondent needed additional time "to obtain the records and prepare a reply." (Doc. 24, p. 2). On May 19, 2008, the Court granted Respondent an extension of time to June 19, 2008 to file a reply. (Doc. 25). In the instant application, Respondent seeks an additional 30-day extension, due to the press of business and the need to obtain three declarations from CDC staff. (Doc. 26, p.2).

　　　The Court has read and considered Respondent's application and Petitioner's underlying opposition to the motion to dismiss, and finds that good cause exists to grant Respondent's application in part and to deny it in part.

1

1  Accordingly, the Court makes the following order:

2  1. Respondent's application for an extension of time is GRANTED to and including July 9, 2008, and is DENIED with respect to the additional extension requested.

2. Respondent shall have to and including Wednesday, July 9, 2008, to file a reply to Petitioner's opposition to the motion to dismiss.

IT IS SO ORDERED.

Dated:  **June 19, 2008**                               /s/ Theresa A. Goldner
                                                  UNITED STATES MAGISTRATE JUDGE